UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-M-1082

UNITED STATES OF AMERICA )
                         )
            v.           )            ORDER
                         )
   JAMES A. SOUTHERLAND  )

The Government's motion is hereby granted.  The case is dismissed.

DATE: 6-11-2012

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE